DAVID L. ANDERSON (CABN 149604)
United States Attorney

*FILED*

JUN 26 2019

NORTHERN CLERK SUSAN Y SOONG
U.S. DISTRICT COURT
SAN JOSE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRACY MICHAEL MAPES,

Defendant.

CR 19 00286 MAG

No.

VIOLATIONS: 49 U.S.C. §§ 46307 and 40103(b) –
Violations of National Defense Airspace

SAN JOSE VENUE

INFORMATION

The United States Attorney charges:

COUNT ONE: (49 U.S.C. §§ 46307 and 40103(b) – Violation of National Defense Airspace)

On or about November 26, 2017, in the Northern District of California, the defendant,

TRACY MICHAEL MAPES,

while piloting an Unmanned Aircraft System, did knowingly, and without lawful authority, conduct aircraft operations in restricted airspace above Levi's Stadium, a stadium having a seating capacity of 30,000 or more where a National Football League game was occurring, in violation of Title 14, Code of Federal Regulations, Section 99.7, a regulation prescribed under Title 49, United States Code, Section 40103(b)(3).

All in violation of Title 49, United States Code, Sections 46307 and 40103(b).

INFORMATION

1  COUNT TWO:  (49 U.S.C. §§ 46307 and 40103(b) – Violation of National Defense Airspace)

2          On or about November 26, 2017, in the Northern District of California, the defendant,

3                          TRACY MICHAEL MAPES,

4  while piloting an Unmanned Aircraft System, did knowingly, and without lawful authority, conduct

5  aircraft operations in restricted airspace above Oakland-Alameda County Coliseum, a stadium having a

6  seating capacity of 30,000 or more where a National Football League game was occurring, in violation

7  of Title 14, Code of Federal Regulations, Section 99.7, a regulation prescribed under Title 49, United

8  States Code, Section 40103(b)(3).

9          All in violation of Title 49, United States Code, Sections 46307 and 40103(b).

10

11  DATED:  ___6/26/19___

        DAVID L. ANDERSON
        United States Attorney

12

13  _____

        HALLIE HOFFMAN

14          Chief, Criminal Division

15

16  (Approved as to form:  _____)

        SCOTT SIMEON

17          Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

--- OFFENSE CHARGED ---

49 U.S.C. § 46307 – Violation of National Defense Airspace

☐ Petty

☐ Minor

☒ Misde-meanor

☐ Felony

PENALTY:  Maximum Prison Term: 1 years
Maximum Fine      $100,000
Supervised Release:  1 years
Special Assessment:  $25

--- DEFENDANT - U.S ---

▶ TRACY MICHAEL MAPES

DISTRICT COURT NUMBER

CR 19 00286 MAG

*FILED JUN 26 2019*

--- DEFENDANT ---

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed

DATE OF ARREST            Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

DOT Special Agent Reggie Lee

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

5-19-70752-MAG

Name and Office of Person Furnishing Information on this form      DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      Scott Simeon

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments: