UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>TRACY MICHAEL MAPES,<br>    Defendant. | Case No. 19-cr-00286-SVK-1<br><br>**ORDER RE TRIAL SCHEDULE** |

Current COVID protocols impacting courtroom availability and the jury pool necessitate an adjustment to the current trial schedule in this case. There are three options:

1. Keep the current pretrial filing and conference dates (8/26/21; 9/2/21; 9/9/21) and the trial date (9/13/21) but trail an older criminal case currently scheduled for trial on 9/13/21. If this case does not go out on 9/13/21, the Court will hold a status conference to set a date in the first quarter of 2022.

2. Advance the pretrial filings and conference dates to 8/12/21; 8/19/21; and 8/26/21; advance the trial date to 9/2/21 (jury selection) and hold the trial from 9/3/21 to 9/9/21.

3. Vacate the 9/13/21 trial date now and set the case for trial in October (10/18/21 trial date) or November (11/2/21 trial date). Either of these dates will require the pretrial proceedings to take place in September (9/2/21; 9/9/21; 9/16/21). The likelihood of getting a courtroom on either of those dates is unknown at this time.

Counsel are directed to meet and confer regarding these options and to file by **May 27, 2021**, either a stipulation to one of the options or a request for status conference on Tuesday, June 1, 2021 at 2:30 p.m.

**SO ORDERED.**

Dated: May 24, 2021

SUSAN VAN KEULEN
United States Magistrate Judge