GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Severa_Keith@fd.org

Counsel for Defendant Mapes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY  MAPES,<br><br>Defendant. | **Case No.:** CR 19–00286 SVK<br><br>**DEFENDANT TRACY MAPES' NOTICE OF WAIVER OF APPEARANCE AT THE JUNE 1, 2021 HEARING**<br><br>**Court:**             Courtroom 6, 4th  Floor<br>**Hearing Date:**   June 1, 2021<br>**Hearing Time:**   1:30 p.m. |

    Pursuant to Federal Rule of Criminal Procedure 43, defendant Tracy Mapes, by and through counsel, respectfully waives his personal presence at the court appearance scheduled for June 1, 2021.

    Undersigned counsel certifies that she has spoken with Mr. Mapes, and he concurs in this waiver of appearance. Defendant Mapes understands that a court hearing will proceed on this date and that trial dates will be discussed, which may include resetting the currently-set trial date.

    I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct. Dated this 1st day of June, 2021, in San Francisco, California.

                                                     /S
                                                 Severa Keith

1
2     Dated:    June 1, 2021                    Respectfully submitted,
3
                                                GEOFFREY HANSEN
4                                               Acting Federal Public Defender
                                                Northern District of California
5
                                                        /S
6                                               SEVERA KEITH
                                                Assistant Federal Public Defender
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28