UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>                Plaintiff,<br>    v.<br>TRACY MICHAEL MAPES,<br>                Defendant. | Case No. 19-cr-00286-SVK-1<br><br>**ORDER RE PRETRIAL PROCEEDINGS**<br><br>Pretrial Conference: January 10, 2022, 9:30 a.m.<br><br>Trial Date: January 11, 2022, 8:30 a.m. |

Defendant Tracy Michael Mapes has elected to proceed with a bench trial in this matter. Dkt. 57. Mr. Mapes waives his in-person appearance and will appear at all pretrial and trial proceedings by video. The trial day will run from **8:30 a.m. to 1:30 p.m. each week day**, with two fifteen minute breaks.

In preparation for trial, the **Court Orders as follows**:

Counsel are to meet and confer as to whether the pretrial conference and trial will be entirely by video or will be a hybrid proceeding with counsel, and upon counsel's agreement certain witnesses, appearing in court. The Parties' stipulation on this point will be due with the pretrial filings on the schedule below.

Counsel are referred to the Court's Civil Pretrial Standing Order. The dates therein and at Dkt. 53 are modified as follows:

    Item I is to be completed **no later than 12 p.m., December 29, 2021.**

    Items III A, B (whether proceeding will be entirely by video or a hybrid proceeding), C, D (if applicable), E, F (if applicable), K and L are to be filed/submitted **no later than December 30, 2021.** Counsel are to notify SVKCRD@cand.uscourts.gov when materials

have been delivered to the court house.

        Response to motions in limine are due **no later than January 4, 2022**.

        Item V is to be filed/submitted **no later than January 4, 2022.**

        Item VI is to be submitted **no later than January 4, 2022.**

**SO ORDERED.**

Dated: December 22, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge