IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19–00286 SVK |
| Plaintiff, | **NOTICE OF INTENT TO ENTER GUILTY PLEA ON MONDAY, JANUARY 10, 2022** |
| v. | |
| TRACY MAPES, | |
| Defendant. | **Court:**   Courtroom 6, 4th Floor |

   Counsel for the Defendant, Tracy Mapes, by this filing, gives notice to the Court of Mr. Mapes' intent to enter a plea of guilty to Counts One and Two of the Information. As such, Mr. Mapes requests that the Court schedule a Change of Plea Hearing.

   Undersigned counsel has notified the government of this development. Attached as exhibits hereto are the unsigned Statement Re Change of Plea and its Exhibit A, an image of the leaflet that is related to the charges and will be referenced at Sentencing.

   If the change of plea hearing does not go forward on January 10, 2022, the defense is prepared to proceed with the scheduled Bench Trial.

//

//

//

//

//

Respectfully Submitted,

<u>January 7, 2022</u>   GEOFFREY HANSEN
Dated   Acting Federal Public Defender
   Northern District of California

   <u>                /S                </u>
   SEVERA KEITH
   Assistant Federal Public Defender