

USA-000312