GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Severa_Keith@fd.org

Counsel for Defendant Mapes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY  MAPES,<br><br>Defendant. | Case No.: CR 19–00286 SVK<br><br>**DEFENDANT TRACY MAPES' STATEMENT RE ENTRY OF GUILTY PLEA**<br><br>**Court:**           Courtroom 6, 4th  Floor<br>**Hearing Date:**  January 10, 2022<br>**Hearing Time:**  09:30 a.m. |

## INTRODUCTION

Defendant Tracy Mapes, intends to change his plea to guilty at the hearing scheduled before this Court on January 10, 2022. Mr. Mapes will enter a guilty plea to Count One and Count Two of the Information, admitting a violation of 49 U.S.C. §§ 46307 and 40103(b), Violation of National Defense Airspace, for each count.

## ELEMENTS OF THE OFFENSE

Mr. Mapes understands that the elements of the offense charged in Count One and County Two are as follows: (1) he violated National Defense Airspace; and (2) he acted knowingly or willfully.

## PENALTIES

The maximum penalties for each Count are: (1) a maximum prison term of one year; (2) a fine of $1000.00; (3) a maximum term of supervised release of one year; (4) a maximum probation term of 5 years; and (5) a mandatory special assessment of $25.00.

## FACTUAL BASIS

Levi's Stadium is in Santa Clara, California, and is the home of the San Francisco 49ers, a professional team in the National Football League ("NFL"). I now understand that Levi's Stadium has a seating capacity of 68,500 people and is located within five miles of both San Jose International Airport and Moffett Federal Airfield. The Oakland-Alameda Coliseum is in Oakland, California, within the Northern District of California, which was then home of the Oakland Raiders, a professional football team in the NFL. I now understand that The Oakland-Alameda Coliseum has a seating capacity of 63,000 people and is located within five miles of the Oakland International Airport. I have also come to understand that the space above these stadiums and within five miles of these airfields is National Defense Airspace.

Count 1: On November 26, 2017, at Levi's Stadium, there was an NFL game between the San Francisco 49ers and the Seattle Seahawks at Levi's Stadium. During the game, at approximately 2:10 p.m., I knowingly flew my small UAS ("Unmanned Aircraft System," also known as a "drone") directly over Levi's stadium.

Count 2: On November 26, 2017, after piloting my UAS over Levi's Stadium, I drove to an area near the Oakland-Alameda Coliseum. On that date, there was an NFL game between the Oakland Raiders and the Denver Broncos. During the game, at approximately 4:13 p.m., I knowingly flew my small UAS directly over the Oakland-Alameda Coliseum.

At the time I flew my UAS over these stadiums, I did not have permission from FAA, the NFL, the San Francisco 49ers, or the Oakland Raiders to fly over Levi's Stadium or the Oakland-Alameda Coliseum.

## WAIVER OF CONSTITUTIONAL RIGHTS

Mr. Mapes understands that by pleading guilty he gives up the right to persist in a plea of not guilty and the right to a speedy and public jury trial, the right to assistance of counsel at such trial, the right to be presumed innocent and to have the government bear the burden of proving guilt beyond a

reasonable doubt, the right to confront and cross-examine adverse witnesses, the right to testify on his own behalf and to present evidence, including the right to call witnesses and to subpoena those witnesses to testify, the right to remain silent and not be compelled to testify, and, if he chose not to testify or present evidence, not to have such a choice used against him.

Respectfully submitted,

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

Dated:  January __7__, 2022     SEVERA KEITH
Assistant Federal Public Defender

Dated:  January __7__, 2022     TRACY MAPES