STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19–00286 SVK |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| TRACY MICHAEL MAPES, | Sentencing Date: May 31, 2022<br>Time: 2:00 p.m. |
| Defendant. | |

## I. INTRODUCTION

On January 10, 2022, the defendant Tracy Michael Mapes ("Mapes") pled guilty to Counts One and Two of the Information, which both charged violations of 49 U.S.C. §§ 46307 and 40103(b) – Violation of National Defense Airspace. In the Presentence Investigation Report ("PSR"), the probation office calculated a Total Offense Level of 4 and a Criminal History Category I, which yields a custodial guideline range of 0 to 6 months. Probation recommends a sentence of two-years of probation.

On May 24, 2022, counsel for Mapes filed a sentencing memorandum and requested a sentence of one year of probation. While the facts are not in dispute, the government is filing this memorandum to respond to a couple of points raised by Mapes in his memorandum. In the end, however, the

government agrees with probation and recommends that Mapes be sentenced to two-years of probation on the terms recommended by probation.

## II.     FACTS

As the court is aware, the charges that the defendant pled guilty to arouse after Mapes flew an Unmanned Aircraft System (UAS), also known as a drone, over Levi's stadium, located in Santa Clara, California, and over the Oakland Coliseum, located in Oakland, California, on November 26, 2017. MAPES used the drone to drop leaflets over the crowd. As stated in the PSR, these "vulgar leaflets contained anti-media and corrupt government statements. A leaflet listed the Facebook website address of "www.facebook.com/redXsociety," which was also linked to Mapes." PSR at ¶ 10.

## III.    DISCUSSION

The parties agree that Mapes should face a sentencing range of 0-6 months. The government believes that a sentence of two-years of probation meets the goals of sentencing expressed in 18 U.S.C. § 3553(a). Among the many factors to consider are the nature and circumstances of the offense, the history and characteristics of the defendant, and the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, provide just punishment, provide adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant. *See* 18 U.S.C. §§ 3553(a)(1)-(2). The government believes that the sentences recommended by Mapes (one-year of probation) is not sufficient in this case. Although nobody was hurt when Mapes dropped the leaflets over Levi's stadium the Oakland Coliseum, the potential for panic and injuries was significant. In addition, based on statements by Mapes contained in the PSR, the government believes that Mapes may reoffend. Accordingly, the government believes that a sentence of two-years of probation would promote more respect for the law and deter future criminal conduct.

In Mapes' sentencing memorandum, the defense acknowledges his conduct, but states that, "[n]o injuries resulted from this activity." Defendant's Memorandum, p. 2, line 11. While this is true, Mapes' conduct could have resulted is panic and significant bodily injury. In preparation for trial, the government spoke to former Santa Clara County Sheriff's Department Lieutenant ("Lt.") Ray Carreira (retired). Lt. Carreira was the Levi's Stadium Command Center on November 26, 2017, and was responsible for public safety and control operations for the NFL game taking place that day. If he had

testified at trial, Lt. Carreira would have testified that, during the game, he was informed of a drone flying over the stadium. Lt. Carreira also saw the drone for himself and was then notified that the drone was dropping something over the stadium. At that time, Lt. Carreira had no idea what was dropping from the drone and believed that it could have been a harmful substance. Lt. Carreira also worried that individuals attending the game could have panicked and trampled other attendees. Lt. Carreira ultimately learned that the drone was only dropping leaflets, but the potential for injuries was real.

In addition, there are several statements in the PSR attributable to Mapes that make the government questions whether he will reoffend. In particular, the PSR stated:

> With regard to his future plans, Mr. Mapes responded with the following: 'Survive, Tell the Truth.' With regard to the question U.S. Probation asks about what steps he has taken to achieve these goals, he stated, 'Outing illegal and unconstitutional government activities.' In five or ten years, the defendant reported he sees himself doing the same thing, 'Reporting corruption until it does not exist.' Regarding the question about what the probation office can do to help him succeed, the defendant reported, 'Don't bother me, I'm doing fine.'

PSR ¶ 41.

Bases on these statements, the government does not know whether Mapes understands the seriousness of his conduct. In addition, because Mapes sees himself "doing the same things," in five or ten years, the government is concerned that he will reoffend. The government is hopeful that, with two years of probation, Mapes can utilize the services of probation and get the help he needs -- whether he wants it or not.

## IV. CONCLUSION

For the reasons set forth above, the government recommends that Mapes be sentenced to two-years of probation on the terms recommended by probation.

DATED: May 25, 2022                    Respectfully submitted,

                                       STEPHANIE M. HINDS
                                       United States Attorney

                                       _____/s/_____
                                       JEFFREY A. BACKHUS
                                       Assistant United States Attorney